IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02263-REB-KLM

MELANIE KINATEDER,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Entry of Modified Proposed Scheduling Order** [Docket No. 25; Filed February 27, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Scheduling Order is accepted for filing with my interlineations and is entered as a Order of the Court as of the date of this Minute Order.

IT IS FURTHER **ORDERED** that:

(1)    a Final Pretrial Conference is set for **September 16, 2009 at 11:30 a.m.**,

(2)    a Settlement Conference is set for **September 16, 2009 at 1:30 p.m.**, and

(3)    the parties shall submit Confidential Settlement Statements pursuant to Magistrate Judge Mix's instruction, a copy of which is attached, on or before **September 9, 2009**.

Dated: March 2, 2009